UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
LINDA THOMAS,

    Plaintiff,

                            -against-

TEACHERS COLLEGE COLUMBIA UNIVERSITY,

    Defendant.
------------------------------------------------------------------X

**STIPULATION AND ORDER OF DISMISSAL**

**Index No.: 17 Civ. 605**

IT IS HEREBY STIPULATED AND AGREED, by and between the Plaintiff, LINDA THOMAS, and the Defendant, TEACHERS COLLEGE COLUMBIA UNIVERSITY, and their respective counsel(s), that this action be dismissed in accordance with Rule 41(a)(1)(A)(ii) with each party bearing its own attorney's fees and costs.

Dated: New York, New York
       February 9, 2018

NICOTRA LAW, PLLC:

By: _____

Rachel Nicotra
33 West 19th Street, 4th Floor
New York, NY 10011
*Attorneys for Plaintiff*

VENABLE LLP:

By: _____

Michael J. Volpe, Esq.
1270 Avenue of the Americas, 24th Floor
New York, NY 10020
*Attorneys for Defendant*

SO ORDERED: **FEB 1 2 2018**

_____
George B. Daniels